IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY,<br><br>*Plaintiff and Counter-Defendant,*<br><br>v.<br><br>KINETIC CONCEPTS, INC.,<br><br>*Defendant,*<br><br>and<br><br>LIFECELL CORPORATION,<br><br>*Defendant and Counter-Plaintiff.* | §§§§§§§§§§§§§§§§  No. 5:12-CV-00137-XR |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii) [Doc. # 20]. It is, therefore

**ORDERED** that all of the claims and counter-claims that were, or could have been, asserted between the parties in this action are **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs.

All relief requested in this action and not expressly granted in this order is hereby **DENIED**. This order disposes of all parties and all claims and is final.

So **ORDERED**.

SIGNED this 20th day of December, 2012.

UNITED STATES DISTRICT JUDGE